IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMANTHA CIANCI and MICHAEL CIANCI in their own right and as parents and natural guardians of a MINOR, *Plaintiffs* | : : : : : | CIVIL ACTION |
| v. | : : | No. 20-4749 |
| PHOENIXVILLE AREA SCHOOL DISTRICT, et al., *Defendants* | : : : | |

**ORDER**

AND NOW, this 18th day of March, 2022, upon consideration of Plaintiffs' Motion for Sanctions (Doc. No. 68), Defendants' response in opposition (Doc. No. 75), the Office of Dispute Resolution administrative record (Doc. No. 50), the Court having conduct an evidentiary hearing on January 10, 2022 and February 14, 2022, the closing arguments submitted via fax, Plaintiffs' Motion to Stay Case Pending Resolution of Renewed Sanctions Motion (Doc. No. 73), and Defendants' response in opposition (Doc. No. 77), it is hereby **ORDERED** that:

1. The Motion for Sanctions (Doc. No. 68) is **DENIED** for the reasons set forth in the accompanying memorandum; and

2. The Motion to Stay Case (Doc. No. 73) is **DENIED AS MOOT**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1